[No. 14579-7-I.   Division One.   September 22, 1986.]

MPN OFFICE, ET AL, *Appellants,* v. JAMES R.
HERON, ET AL, *Respondents.*

Appeal from judgments of the Superior Court for King
County, No. 83-2-05731-1, Terrence A. Carroll and Faith
Enyeart, JJ., entered October 4, 1983, March 27 and April
5, 1984. *Remanded with instructions* by unpublished opin-
ion per Swanson, J., concurred in by Scholfield, C.J., and
Coleman, J.

[No. 6216-3-III.   Division Three.   September 23, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT
ALAN MERCER, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 83-1-00596-6, William G. Luscher, J.,
entered November 10, 1983. *Affirmed* by unpublished opin-
ion per Munson, J., concurred in by Green, C.J., and McIn-
turff, J. Now published at 45 Wn. App. 769.

[No. 6930-3-III.   Division Three.   September 23, 1986.]

FRANK F. ROTHS, ET AL, *Respondents,* v. FREIGHTLINER
CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 82-2-01739-1, John A. Schultheis, J.,
entered December 20, 1984. *Affirmed* by unpublished opin-
ion per Green, C.J., concurred in by Munson and McIn-
turff, JJ.